

**Mortgage Statement**
Statement Date: 10/16/14

**BAYVIEW**
Bayview Loan Servicing, LLC
62515 Collection Center Drive
Chicago, IL 60693-0625
Phone: 1-800-457-5105

www.bayviewloanservicing.com

18513

| Account Number | |
|---|---|
| Payment Due Date | 11/01/14 |
| Total Amount Due | $82,058.72 |

*If payment is received after 11/16/14, a $61.45 late fee will be charged*

Cimarolli Robert
625 Camden Dr IL
Minooka, IL 60447-8838

### Account Information

| | |
|---|---|
| Outstanding Principal Balance | $194,935.40 |
| Deferred Amount | $0.00 |
| Interest Rate | 5.375% |
| Escrow Balance | -$21,282.48 |
| Late Charge Balance | $368.75 |
| Rec Corp Advance | $1,617.00 |
| Prepayment Penalty | N |
| Unapplied Funds | $0.00 |

### Explanation of Amount Due

| | |
|---|---|
| Principal | $282.76 |
| Interest | $812.52 |
| Escrow (Taxes and Insurance) | $441.10 |
| **Regular Monthly Payment** | **$1,536.38** |
| Fees & Charges Assessed | $325.46 |
| Past Due Amount | $80,522.34 |
| Optional Insurance | $0.00 |
| **Total Amount Due*** | **$82,058.72** |

Payments will be applied in order that they become due (oldest first) unless bankruptcy or other court ordered payment plan is in place.
*Total amount due may not include recoverable fees not yet charged to the account, and may not include unapplied funds/totals not yet applied to the account.

### Transaction Activity (09/17/14 to 10/16/14)

| Date | Description | DEBITS | CREDITS |
|---|---|---|---|
| 09/29 | Property Preservation Disbursement | $14.00 | |
| 09/30 | Property Preservation Disbursement | $125.00 | |
| 10/07 | HOMEOWNERS INSURANCE PREMIUM | $92.51 | |

*Additional Transaction Activity may be found on Page 3*

### Past Payments Breakdown

| | Paid Last Bill | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (for Taxes & Insurance) | $0.00 | $59.88 |
| Fees & Charges | $0.00 | $122.90 |
| Partial Payment (Unapplied)** | $0.00 | $0.00 |
| **Total** | **$0.00** | **$182.78** |

### **Delinquency Notice**

You are late on your mortgage payments. Failure to bring your loan current may result in fees and foreclosure – the loss of your home. As of 10/16/14 you are 1629 days delinquent on your mortgage.

Recent Account History:
Payment due: 05/01/14: Unpaid balance of $1,536.38
Payment due: 06/01/14: Unpaid balance of $1,536.38
Payment due: 07/01/14: Unpaid balance of $1,536.38
Payment due: 08/01/14: Unpaid balance of $1,536.38
Payment due: 09/01/14: Unpaid balance of $1,536.38
Payment due: 10/01/14: Unpaid balance of $1,536.38
Current payment due 11/01/14: $1,536.38
Total: $82,058.72 due. You must pay this amount to bring your loan current.

If You Are Experiencing Financial Difficulty: If you need further counseling, you can call the Homeowner's HOPE Hotline at 1.888.995.HOPE (4673) or contact us at http://www.consumerfinance.gov/mortgagehelp/. The Hotline can help with questions about the program and offers free HUD-certified counseling services in English and Spanish.

### Important Messages

**Partial Payments:** Any partial payment that you make is not applied to your mortgage payment, but instead is held in a separate suspense account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.

*This is your Principal Balance only, not the amount required to pay your loan in full. Please contact Customer Service for your exact payoff balance. In the event you are in default or foreclosure, you must contact 1.800.457.5105 for payoff information.

Your Point of Contact is ARIANA MARTINEZ and can be reached on 1.877.411.8706.

---

BAYVIEW LOAN SERVICING, LLC
62516 COLLECTION CENTER DRIVE
CHICAGO, IL 60693-0625

Please include the loan number on your check. If we cannot clearly associate the check with a single loan, it may delay or prohibit us from crediting your account.

Borrower ROBERT CIMAROLLI
Loan Number
Monthly Payment Due $1,536.38

| Due By: | 11/01/14 | Total Amount Due: | $82,058.72 |
|---|---|---|---|

*If payment is received after 11/16/14, a $61.45 late fee will be charged.*

BAYVIEW LOAN SERVICING, LLC
62516 COLLECTION CENTER DRIVE
CHICAGO, IL 60693-0625

Please indicate additional funds. Any additional funds not specified will be applied as required by your loan documents and applicable law.

| Additional Principal | $ | |
|---|---|---|
| Additional Escrow | $ | |
| Other _____ | $ | |
| Total Amount Sent (Please do not send cash) | $ | |

Make check payable to Bayview Loan Servicing

☐ Check here if your address/telephone number has changed and fill out form on reverse side

Please do not write below this line. Servicing Code: MSP

0000987821  MSP  0000153638  0008205872  2

## How to contact us
www.bayviewloanservicing.com

*The below mailing address must be used for all Error Notices and Information Requests:*
Bayview Loan Servicing, LLC
Customer Service Department
4425 Ponce De Leon Blvd., 5th Floor
Coral Gables, FL 33146

**Customer Service**
Mon – Fri 8:00 am to 9:00 pm ET
Telephone: 1.800.457.5105
Fax: 305.631.5660

**Loan Counseling**
Mon – Fri 8:00 am to 12:00 am ET
Saturday 8:00 am to 5:00 pm ET
Telephone: 1.800.771.0299

**Mail payments to:**
Bayview Loan Servicing, LLC
62516 Collection Center Drive
Chicago, IL 60693-0625

**Overnight Payment or Certified Payoff Funds:**
Bayview Loan Servicing
62516 Collection Center Drive
Chicago, IL 60693-0625

**Payoff Request:**
Bayview Loan Servicing
Payoff Department
4425 Ponce De Leon Blvd., 5th Floor
Coral Gables, FL 33146
Fax: 305.644.8102

**Homeowner's Insurance Inquiries**
Mon – Fri 8:00 AM – 7:00 PM ET
Telephone: 877-826-4419
Fax: 248-624-7960

**Real Estate Tax Bills:**
Bayview Loan Servicing, LLC
Tax Department
P.O. Box 331409
Miami, FL 33233-1409
Fax: 305.644.8104

**Insurance or Binder:**
Bayview Loan Servicing, LLC, its successors and/or assigns
PO Box 5933
Troy, MI 48007-5933
Telephone: 877.826.4419
Fax: 248.624.7960

## Additional Payment Methods
Please include your Bayview loan number on all remittance

| | |
|---|---|
| *Western Union Quick Collect: | Code City: BFTG Code State: FL (Locate the agent nearest you by calling 1.800.525.6313, or visiting www.westernunion.com) |
| *MoneyGram: | Receive Code: 13910 1-800-555-3133; 7 days a week, 24 hours a day |
| *Wire: | JP Morgan Chase New York, NY ABA #: 021000021 Account No.: 447450847 |
| Certified Funds Overnight Mailing Address: | Bayview Loan Servicing, LLC 62516 Collection Center Drive, Chicago, IL 60693-0625 |
| By Phone: | 1.800.457.5105 (Not available in Colorado or where prohibited by law.) |
| Online: | www.bayviewloanservicing.com |

*Fees may be imposed by money transmitter.

For your convenience, you may have your payment automatically debited every month from the checking or savings account of your choice. To participate in Auto Pay, Bayview's automatic debit program, visit www.bayviewloanservicing.com/autopay.

## Credit Reporting
We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

## Payment Handling
We reserve the right to electronically collect your eligible payment checks, at first presentment and any representment, from the bank account on which the check was drawn. Our receipt of your payment check is authorization for us to collect the amount of the check electronically, or if needed by draft drawn against the bank account. Checks will be collected electronically by sending the check amount along with the check, routing and account numbers to your bank. Your bank account may be debited as early as the same day we receive your payment. The original check will be destroyed and an image maintained for our records.

## Free HUD-approved counseling
If you need further counseling, you can call the Homeowner's HOPE Hotline at 1.888.995.HOPE (4673) or contact us at http://www.consumerfinance.gov/mortgagehelp/. The Hotline can help with questions about the program and offers free HUD-certified counseling services in English and Spanish.

## National Schedule of Fees

| FEE DESCRIPTION | FEE AMOUNT |
|---|---|
| Appraisal<br>An expense charged to the loan to determine the value of the property, which includes an interior inspection of the property | $350 to $550 |
| Assumption<br>Charge for the work involved with processing a new buyer that is assuming the terms of an existing loan | 1% of the UPB or $250, whichever is greater |
| Bankruptcy Fees and Costs | $0 to $5,000 |
| BPO<br>An expense charged to the loan in which a broker's price opinion will be used to determine the value of a property on a delinquent loan. | $0 to $125 |
| Foreclosure Fees and Costs | $0 to $5,000 |
| Late Charge<br>Assessed for payments received after the due date and expiration of any applicable grace period per the loan documents | As stated in the loan documents, subject to state law requirements |
| Litigation Fees and Costs | Varies depending on the circumstances and is not always charged to the customer's loan, and but is $0 to $50,000 |
| Non Sufficient Funds Fee<br>Fee assessed on payments/checks received that are not honored due to insufficient funds. | $0 to $20, subject to state law requirements |
| Partial Release<br>Charge for the processessing the release of a portion of the mortgaged property | Loan balance $300,000 or less – $0, loan balance greater than $300,000 less than $750,000 - $500; loan balance greater than $750,000 - $1,000 |
| Pay-by-Phone<br>Fee charged for payments made over the phone to an agent | $0 to $1.75, subject to state law requirements. |
| Pre-Foreclosure Notice Registration Fee | $0 to $75, subject to state law requirements |
| Priority Processing (Overnight Delivery)<br>Fee charged if customer requests expedited service | $0 - $15 |
| Property Inspection | $10 - $15 |
| Property Preservation Fee<br>An expense charged to the loan to ensure that the condition an appearance of the property are maintained satisfactorily | $0 to $2,500 and $0 to $110 for grass cuts. |
| Title Search<br>An expense charged to the loan for a detailed examination of the historical records concerning the property. | $0 to $500 |
| Web and IVR Payment Fee<br>Fee charged for processing a payment that is not made within five days of the contractual due date via www.bayviewloanservicing.com or the interactive voice response unit. | $1.75 |
| Quick Payment Fees | $5 |
| Loan Modification Fee | $0 |
| Loss Mitigation Fee | $0 |
| Breach Letter Fees | $0 |

### Other Fees Charged (And fees not included above)

| FEE DESCRIPTION | TO |
|---|---|
| Amortization Schedule | $0 |
| Deed of Trust Copy | $0 |
| Document Copy | $0 |
| Loan History | $0 |
| Prepayment Penalty | Per Note |
| Release Recording - Residential | $0 |
| Subordination | $0 |
| Verification of Mortgage for Third Party Requests | $0 |

This chart contains a list of common servicing fees. You may incur additional fees if, for example, your loan becomes delinquent or is subject to litigation (e.g. condemnation proceeding). Such fees may include, but are not limited to, court costs and attorney fees. These fees will vary with the circumstances of the case and the nature of the work performed.
Bayview Loan Servicing, LLC. NMLS #2469

Bayview Loan Servicing, LLC, is a debt collector. This letter is an attempt to collect a debt, and any information obtained will be used for that purpose. To the extent that your obligation has been discharged or is subject to an automatic stay in bankruptcy this notice is for information purposes only and does not constitute a demand or payment or any attempt to collect such obligation

© 2011 Bayview Loan Servicing, LLC all rights reserved

--------------------------------------------------------------------

Has your address or telephone number changed? Is your social security number incorrect?
If so, please complete this and check the box on the front of the coupon.

Mailing Address: _____

City: _____  State: _____  Zip: _____

Home Phone: ( ) _____  Business Phone: ( ) _____

Customer Name:
Please Print _____  Social Security Number: _____

Customer Name:
Please Print _____  Social Security Number: _____

Customer Signature: _____  Customer Signature: _____

Date: _____  Date: _____

Borrower signatures are required for Social Security number updates.

Statement Date: 10/16/14

| Account Number | |
|---|---|
| Payment Due Date | 11/01/14 |
| **Total Amount Due** | **$82,058.72** |

If payment is received after 11/16/14 a $61.46 late fee will be charged

### Transaction Activity (09/17/14 to 10/16/14)

| Date | Description | DEBITS | CREDITS |
|---|---|---|---|
| 10/07 | Escrow Advance Deposit | | $92.51 |
| 10/14 | Property Preservation Disbursement | $125.00 | |
| 10/16 | Late Charge | $61.46 | |

98513

SXJ5386571-000

## Mortgage Statement

Statement Date: 09/16/14



Bayview Loan Servicing LLC
62516 Collection Center Drive
Chicago, IL 60693-0625
Phone 1-800-457-5105

www.bayviewloanservicing.com

19542

| Account Number | |
|---|---|
| Payment Due Date | 10/01/14 |
| Total Amount Due | $80,460.88 |

*If payment is received after 10/16/14, a $61.46 late fee will be charged*

Cimarolli Robert
625 Camden Dr IL
Minooka, IL 60447-8838

### Account Information

| | |
|---|---|
| Outstanding Principal Balance | $194,935.40 |
| Deferred Amount | $0.00 |
| Interest Rate | 5.375% |
| Escrow Balance | -$21,189.97 |
| Late Charge Balance | $307.30 |
| Rec Corp Advance | $1,353.00 |
| Prepayment Penalty | N |
| Unapplied Funds | $0.00 |

### Explanation of Amount Due

| | |
|---|---|
| Principal | $281.50 |
| Interest | $813.78 |
| Escrow (Taxes and Insurance) | $441.10 |
| **Regular Monthly Payment** | **$1,536.38** |
| Fees & Charges Assessed | $507.46 |
| Past Due Amount | $78,924.50 |
| Optional Insurance | $0.00 |
| **Total Amount Due*** | **$80,460.88** |

Payments will be applied in order that they become due (oldest first) unless bankruptcy or other court ordered payment plan is in place
*Total amount due may not include recoverable fees not yet charged to the account, and may not include unapplied funds/totals not yet applied to the account.

### Transaction Activity (08/19/14 to 09/16/14)

| Date | Description | DEBITS | CREDITS |
|---|---|---|---|
| 08/19 | Property Preservation Disbursement | $125.00 | |
| 08/26 | Property Preservation Disbursement | $71.00 | |
| 09/08 | HOMEOWNERS INSURANCE PREMIUM | $91.24 | |

*Additional Transaction Activity may be found on Page 3*

### Past Payments Breakdown

| | Paid Last Bill | Paid Year to Date |
|---|---|---|
| Principal | $507.46 | $0.00 |
| Interest | -$132.78 | $0.00 |
| Escrow (for Taxes & Insurance) | $0.00 | $59.88 |
| Fees & Charges | $0.00 | $122.90 |
| Partial Payment (Unapplied)** | $0.00 | $0.00 |
| **Total** | **$0.00** | **$182.78** |

### **Delinquency Notice**

You are late on your mortgage payments. Failure to bring your loan current may result in fees and foreclosure – the loss of your home. As of 09/16/14 you are 1599 days delinquent on your mortgage.

*Recent Account History:*
Payment due: 04/01/14: Unpaid balance of $1,536.38
Payment due: 05/01/14: Unpaid balance of $1,536.38
Payment due: 06/01/14: Unpaid balance of $1,536.38
Payment due: 07/01/14: Unpaid balance of $1,536.38
Payment due: 08/01/14: Unpaid balance of $1,536.38
Payment due: 09/01/14: Unpaid balance of $1,536.38
Current payment due 10/01/14: $1,536.38
Total: $80,460.88 due. You must pay this amount to bring your loan current.

**If You Are Experiencing Financial Difficulty:** If you need further counseling, you can call the Homeowner's HOPE Hotline at 1.888.995.HOPE (4673) or contact us at http://www.consumerfinance.gov/mortgagehelp/. The Hotline can help with questions about the program and offers free HUD-certified counseling services in English and Spanish.

### Important Messages

**Partial Payments:** Any partial payment that you make is not applied to your mortgage payment, but instead is held in a separate suspense account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.

*This is your Principal Balance only, not the amount required to pay your loan in full. Please contact Customer Service for your exact payoff balance. In the event you are in default or foreclosure, you must contact 1.800.457.5105 for payoff information.

Your Point of Contact is ARIANA MARTINEZ and can be reached on 1.877.411.8706

---

BAYVIEW LOAN SERVICING, LLC
62516 COLLECTION CENTER DRIVE
CHICAGO, IL 60693-0625

Please include the loan number on your check. If we cannot clearly associate the check with a single loan, it may delay or prohibit us from crediting your account.

Borrower: ROBERT CIMAROLLI
Loan Number:
Monthly Payment Due $1,536.38

| Due By: | 10/01/14 | Total Amount Due: | $80,460.88 |

*If payment is received after 10/16/14, a $61.46 late fee will be charged.*

BAYVIEW LOAN SERVICING, LLC
62516 COLLECTION CENTER DRIVE
CHICAGO, IL 60693-0625

Please indicate additional funds. Any additional funds not specified will be applied as required by your loan documents and applicable law

| Additional Principal | $ |
| Additional Escrow | $ |
| Other | $ |
| Total Amount Sent (Please do not send cash) | $ |

☐ Check here if your address/telephone number has changed and fill out form on reverse side.

Please do not write below this line   Servicing Code MSP

Make check payable to Bayview Loan Servicing.

0000987821 MSP 0000153638 0008046088 8

Statement Date: 09/16/14

| Account Number | |
|---|---|
| Payment Due Date | 10/01/14 |
| Total Amount Due | $80,460.88 |

*If payment is received after 10/16/14, a $61.46 late fee will be charged*

| Transaction Activity (08/19/14 to 09/16/14) | | | |
|---|---|---|---|
| Date | Description | DEBITS | CREDITS |
| 09/08 | Escrow Advance Deposit | | $91.24 |
| 09/09 | Property Preservation Disbursement | $125.00 | |
| 09/16 | Property Preservation Disbursement | $125.00 | |
| 09/16 | Late Charge | $61.46 | |

## How to contact us

www.bayviewloanservicing.com

*The below mailing address must be used for all Error Notices and Information Requests:*
Bayview Loan Servicing, LLC
Customer Service Department
4425 Ponce De Leon Blvd., 5th Floor
Coral Gables, FL 33146

**Customer Service**
Mon – Fri 8:00 am to 9:00 pm ET
Telephone: 1.800.457.5105
Fax: 305.631.5660

**Loan Counseling**
Mon – Fri 8:00 am to 12:00 am ET
Saturday 8:00 am to 5:00 pm ET
Telephone: 1.800.771.0299

**Mail payments to:**
Bayview Loan Servicing, LLC
62516 Collection Center Drive
Chicago, IL 60693-0626

**Overnight Payment or Certified Payoff Funds:**
Bayview Loan Servicing
62515 Collection Center Drive
Chicago, IL 60693-0625

**Payoff Request:**
Bayview Loan Servicing
Payoff Department
4425 Ponce De Leon Blvd., 5th Floor
Coral Gables, FL 33146
Fax: 305.644.8102

**Homeowner's Insurance Inquiries**
Mon – Fri 8:00 AM – 7:00 PM ET
Telephone: 877-826-4419
Fax: 248-824-7960

**Real Estate Tax Bills:**
Bayview Loan Servicing, LLC
Tax Department
P.O. Box 331409
Miami, FL 33233-1409
Fax: 305.644.8104

**Insurance or Binder:**
Bayview Loan Servicing, LLC, its successors and/or assigns
PO Box 5933
Troy, MI 48007-5933
Telephone: 877.826.4419
Fax: 248.824.7960

## Additional Payment Methods

Please include your Bayview loan number on all remittance

| | |
|---|---|
| *Western Union Quick Collect: | Code City: BFTG Code State: FL (Locate the agent nearest you by calling 1.800.525.6313, or visiting www.westernunion.com) |
| *MoneyGram: | Receive Code: 13910 1-800-555-3133; 7 days a week, 24 hours a day |
| *Wire: | JP Morgan Chase New York, NY ABA #: 021000021 Account No.: 447450847 |
| Certified Funds Overnight Mailing Address: | Bayview Loan Servicing, LLC 62516 Collection Center Drive, Chicago, IL 60693-0625 |
| By Phone: | 1.800.467.5105 (Not available in Colorado or where prohibited by law.) |
| Online: | www.bayviewloanservicing.com |

*Fees may be imposed by money transmitter.

For your convenience, you may have your payment automatically debited every month from the checking or savings account of your choice. To participate in Auto Pay, Bayview's automatic debit program, visit www.bayviewloanservicing.com/autopay.

## Credit Reporting

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

## Payment Handling

We reserve the right to electronically collect your eligible payment checks, at first presentment and any representment, from the bank account on which the check was drawn. Our receipt of your payment check is authorization for us to collect the amount of the check electronically, or if needed by draft drawn against the bank account. Checks will be collected electronically by sending the check amount along with the check, routing and account numbers to your bank. Your bank account may be debited as early as the same day we receive your payment. The original check will be destroyed and an image maintained for our records.

## Free HUD-approved counseling

If you need further counseling, you can call the Homeowner's HOPE Hotline at 1.888.995.HOPE (4673) or contact us at http://www.consumerfinance.gov/mortgagehelp/. The Hotline can help with questions about the program and offers free HUD-certified counseling services in English and Spanish.

© 2011 Bayview Loan Servicing, LLC all rights reserved

## National Schedule of Fees

| FEE DESCRIPTION | FEE AMOUNT |
|---|---|
| Appraisal<br>An expense charged to the loan to determine the value of the property, which includes an interior inspection of the property. | $350 to $550 |
| Assumption<br>Charge for the work involved with processing a new buyer that is assuming the terms of an existing loan | 1% of the UPB or $250, whichever is greater. |
| Bankruptcy Fees and Costs | $0 to $5,000 |
| BPO<br>An expense charged to the loan in which a broker's price opinion will be used to determine the value of a property on a delinquent loan | $0 to $125 |
| Foreclosure Fees and Costs | $0 to $5,000 |
| Late Charge<br>Assessed for payments received after the due date and expiration of any applicable grace period per the loan documents. | As stated in the loan documents, subject to state law requirements |
| Litigation Fees and Costs | Varies depending on the circumstances and is not always charged to the customer's loan, and but is $0 to $50,000 |
| Non Sufficient Funds Fee<br>Fee assessed on payments/checks received that are not honored due to insufficient funds. | $0 to $20, subject to state law requirements |
| Partial Release<br>Charge for the processesing the release of a portion of the mortgaged property | Loan balance $300,000 or less – $0; loan balance greater than $300,000 less than $750,000 - $500; loan balance greater than $750,000 - $1,000 |
| Pay-by-Phone<br>Fee charged for payments made over the phone to an agent | $0 to $10, subject to state law requirements. |
| Pre-Foreclosure Notice Registration Fee | $0 to $75, subject to state law requirements. |
| Priority Processing (Overnight Delivery)<br>Fee charged if customer requests expedited service | $0 - $15 |
| Property Inspection | $10 - $15 |
| Property Preservation Fee<br>An expense charged to the loan to ensure that the condition an appearance of the property are maintained satisfactorily. | $0 to $2,500 and $0 to $110 for grass cuts. |
| Title Search<br>An expense charged to the loan for a detailed examination of the historical records concerning the property | $0 to $500 |
| Web and IVR Payment Fee<br>Fee charged for processing a payment that is not made within five days of the contractual due date via www.bayviewloanservicing.com or the interactive voice response unit. | $5 |
| Quick Payment Fees | $5 |
| Loan Modification Fee | $0 |
| Loss Mitigation Fee | $0 |
| Breach Letter Fees | $0 |

Other Fees Charged (And fees not included above)

| FEE DESCRIPTION | |
|---|---|
| Amortization Schedule | $0 |
| Deed of Trust Copy | $0 |
| Document Copy | $0 |
| Loan History | $0 |
| Prepayment Penalty | Per Note |
| Release Recording - Residential | $0 |
| Subordination | $0 |
| Verification of Mortgage for Third Party Requests | $0 |

This chart contains a list of common servicing fees. You may incur additional fees if, for example, your loan becomes delinquent or is subject to litigation (e.g. condemnation proceeding). Such fees may include, but are not limited to, court costs and attorney fees. These fees will vary with the circumstances of the case and the nature of the work performed. Bayview Loan Servicing, LLC. NMLS #2469

Bayview Loan Servicing, LLC. is a debt collector. This letter is an attempt to collect a debt, and any information obtained will be used for that purpose. To the extent that your obligation has been discharged or is subject to an automatic stay in bankruptcy this notice is for information purposes only and does not constitute a demand of payment or any attempt to collect such obligation.

---

Has your address or telephone number changed? Is your social security number incorrect?
If so, please complete this and check the box on the front of the coupon.

Mailing Address: _____

City: _____ State: _____ Zip: _____

Home Phone: ( ) _____   Business Phone: ( ) _____

Customer Name:
Please Print _____   Social Security Number: _____

Customer Name:
Please Print _____   Social Security Number: _____

Customer Signature: _____   Customer Signature: _____

Date: _____   Date: _____

Borrower signatures are required for Social Security number updates.